ORIGINAL

# United States District Court
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| ALEXSAM, INC. v. | |
|---|---|
| BEST BUY STORES LP | Cause No. 2:13-cv-2 |
| BARNES & NOBLE, INC. AND BARNES & NOBLE MARKETING SERVICES, LLC | Cause No. 2:13-cv-3 |
| THE GAP INC. AND DIRECT CONSUMER SERVICES, LLC | Cause No. 2:13-cv-4 |
| J.C. PENNEY COMPANY, INC. AND J.C. PENNEY CORPORATION | Cause No. 2:13-cv-5 |
| MCDONALD'S CORPORATION AND P2W, INC. NFP | Cause No. 2:13-cv-6 |
| TOYS "R" US—DELAWARE, INC. AND TRU-SVC, LLC | Cause No. 2:13-cv-7 |
| THE HOME DEPOT, U.S.A., INC. AND HOME DEPOT INCENTIVES, INC. | Cause No. 2:13-cv-8 |

## **JURY VERDICT FORM**

**Question No. 1**

Do you find that Defendants proved, by clear and convincing evidence, that any of the following claims of the asserted patents are invalid as anticipated?

Answer "Yes" (invalid) or "No" (not invalid) as to each asserted claim in the space provided. Each space should be answered.

| '608 Patent | "Yes" or "No" |
|---|---|
| Claim 1 | No |
| Claim 34 | No |
| Claim 36 | No |
| Claim 37 | No |
| Claim 57 | No |
| Claim 58 | No |
| Claim 60 | No |
| Claim 62 | No |
| Claim 65 | No |

| '787 Patent | "Yes" or "No" |
|---|---|
| Claim 1 | No |
| Claim 2 | No |
| Claim 19 | No |

Please proceed to Question No. 2.

**Question No. 2**

Do you find that Defendants proved, by clear and convincing evidence, that the '608 or '787 patent is invalid for failure to name all of the inventors?

Answer "Yes" (invalid) or "No" (not invalid) as to each patent in the space provided. Each space should by answered.

| Patent | "Yes" or "No" |
|---|---|
| '608 patent | No |
| '787 patent | No |

The foreperson is requested to initial and date this document in the spaces provided below as the unanimous verdict of the jury.

May 3, 2013
DATE

_[signature]_
FOREPERSON INITIAL